IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDERICK MYERS,                      )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )   CIVIL ACTION NO. 2:09cv116-WHA
                                      )
PROVIDIAN BANK,                       )
                                      )
            Defendant.                )

**ORDER**

Upon consideration of the Notice of Dismissal Without Prejudice of Defendant Providian

Bank (Doc. #10), and Providian Bank being the only Defendant remaining in this case, it is

hereby

ORDERED that Providian Bank, and all claims against it, are DISMISSED without

prejudice, the parties to bear their own costs, and this case is closed.

DONE this 2nd day June, 2009.


 /s/ W. Harold Albritton
 W. HAROLD ALBRITTON
 SENIOR UNITED STATES DISTRICT JUDGE